UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FRED WESTFIELD, in his capacity as )
Administrator De Bonis Non )
Administrator of Walter Westfeld, et al. )
)
v. ) No. 3:09-0204
) JUDGE CAMPBELL
FEDERAL REPUBLIC OF GERMANY )

ORDER

Pending before the Court is the Defendant's Motion To Dismiss Complaint Pursuant To Rule 12 (Docket No. 9). The Plaintiff has filed a Response (Docket No. 20) to the Motion, and the Defendant has filed a Reply (Docket No. 24). Also pending before the Court is Defendant's Motion For Judicial Notice (Docket No. 7). The Court held a hearing on the Motions on July 24, 2009.

For the reasons set forth in the accompanying Memorandum, the Motion To Dismiss is GRANTED, and the Motion For Judicial Notice is DENIED, as moot.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE